IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUESSENHOP, CHARLES )<br>)<br>PLAINTIFF, )<br>)<br>)<br>VS. )<br>)<br>)<br>WILLIS, WINFIELD, )<br>)<br>JACKSON, JR., CLAUDE W., )<br>)<br>PATTERSON, KEITH )<br>)<br>)<br>DEFENDANTS )<br>) | C.A. NO.:   08-209  (ESH) |

MOTION FOR DEFAULT JUDGMENT

COMES NOW the Plaintiff, by undersigned counsel, and hereby moves this Honorable Court for the Entry of Default Judgment against Defendant Keith Patterson and in support thereof states as follows:

1.  On February 6, 2008, Plaintiff filed his Complaint in this case seeking damages against Defendant Keith Patterson in the sum of $120,000.00.

2.  On February 27, 2008, Defendant Keith Patterson was personally served by private process server with the Summons and Complaint in this case.  See Exhibit 1, Affidavit of Counsel.

3.  Defendant Patterson was required to have responded to this action on or before March 16, 2008 or otherwise face the entry of default.

4. As of the date of this filing, Defendant Patterson HAS NOT responded to this action, entered any appearance in this action and/or filed any pleading in this action.

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court enter a Default Judgment against Defendant Keith Patterson for the sum of $120,000.00 together with costs and attorneys fees totaling $10,000.00.

    Respectfully submitted,

    /s/ James H. Falk, Jr.

    James H. Falk, Jr.  (D.C. Bar No. 417846)
    Urban & Falk, PLLC
    2867 S. Abingdon Street
    Arlington, VA   22206

    (703) 928-1600
    sportlaw@hotmail.com

    Counsel for Plaintiff

DATED:   March 21, 2008

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LUESSENHOP,   Plaintiff

  vs.                                                                                        Civil Action No.  08-209 (ESH)

WILLIS, et. al,     Defendants

AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF DEFAULT

  I, James H. Falk, Jr., certify under penalty of perjury, this 21st day of March, 2008, that I am the attorney of record for the Plaintiff in the above-entitled case.

  That Defendant Keith Patterson was personally served with process on February 27, 2008.

  I further certify under penalty of perjury that:  no appearance has been entered by Defendant Patterson in this case; that no pleading has been filed and none served by Defendant Patterson upon the attorney for the Plaintiff; and, that no extension of time has been given to Defendant Patterson and the time for filing has expired.

  The Clerk is requested to enter a Default Judgment against Defendant Keith Patterson in the amount of $120,000.00 together with costs and attorneys fees totaling $10,000.00.

/s/  James H. Falk, Jr.

James H. Falk, Jr.
Attorney for Plaintiff

Urban & Falk, PLLC
2867 S. Abingdon Street
Arlington, VA  22206
(703) 928-1600

Bar  Id. No. 417846