AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LUESSENHOP, C.

V.

WILLIS, WINFIELD, *ETAL*

**SUMMONS IN A CIVIL CASE**

CAS

Case: 1:08-cv-00209
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/6/2008
Description: General Civil

TO: (Name and address of Defendant)

MR. KEITH PATTERSON
5740 INDUSTRY LANE
FREDERICK, MD  21704

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES H. FALK, JR., ESQ.
URBAN & FALK, PLLC
2867 S. ABINGDON  STREET
ARLINGTON,  VA  22206

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB - 6 2008

CLERK                                              DATE

*Maureen Higgins*

(By) DEPUTY CLERK

DEFENDANT KEITH PATTERSON          LUESSENHOP  v.  WILLIS   C.A. NO.  08-209

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  SEE ATTACHED AFFIDAVIT OF SERVICE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　Date　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CHARLES LUESSENHOP

    Plaintiff

    v.                          Case No. 1:08-CV-209

WINFIELD WILLIS, ET AL.

    Defendant

## AFFIDAVIT OF PROCESS SERVER

Appeared before me this _3rd_ day of _March 2008_, Jonathan V. Blankenship, a process server, and stated as follows.

1.    I am a private process server retained to serve process in regards to the above captioned matter.

2.    I am over the age of eighteen years and am of sound mind and body.

3.    I have no interest in the outcome of this suit, either personal, financial, or otherwise.

4.    On February 27, 2008, I appeared at the office of Keith Patterson located at 5740 Industry Lane, Frederick, MD and served a true copy of the following:

***Summons in a Civil Case, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint***

on Keith Patterson, who identified himself as such. Service was effected on said date at approximately 03:44 PM.

**Jonathan V. Blankenship**

Process Server,
Priority Legal Services
P.O. Box 361
Fairfax, VA 22038
(703) 421-5400

Commonwealth of Virginia:
County of Fairfax:

Sworn to and subscribed before me this _____ 3rd _____ day of _____ March 2008 _____

Notary Public

My Commission Expires: _____ 5/31/2011 _____