IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LUESSENHOP,   Plaintiff

  vs.                                                                                          Civil Action No.  08-209 (ESH)

WILLIS, et. al,    Defendants

AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF DEFAULT

  I, James H. Falk, Jr., certify under penalty of perjury, this 24th day of March, 2008, that I am the attorney of record for the Plaintiff in the above-entitled case.

  That Defendant Keith Patterson was personally served with process on February 27, 2008.

  I further certify under penalty of perjury that:  no appearance has been entered by Defendant Patterson in this case; that no pleading has been filed and none served by Defendant Patterson upon the attorney for the Plaintiff; and, that no extension of time has been given to Defendant Patterson and the time for filing has expired.

  The Clerk is requested to enter a Default Judgment against Defendant Keith Patterson in the amount of $120,000.00 together with costs and attorneys fees totaling $10,000.00.

/s/  James H. Falk, Jr.

James H. Falk, Jr.
Attorney for Plaintiff

Urban & Falk, PLLC
2867 S. Abingdon Street
Arlington, VA  22206
(703) 928-1600

Bar  Id. No. 417846