Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES LUESSENHOP

_____
          Plaintiff(s)

          V.                                    Civil Action No.  08-cv-00209-ESH

WILLIS et al

_____
          Defendant(s)

RE:     KEITH PATTERSON

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint    on    February 27, 2008   , and an affidavit on behalf of the plaintiff having been filed, it is this  27th  day of    March   ,  2008  declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/ Jackie Francis_____
                    Deputy Clerk