IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUESSENHOP, CHARLES ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| ) | |
| VS. ) | C.A. NO.:   08-209  (ESH) |
| ) | |
| ) | Defendant Keith Patterson |
| WILLIS, WINFIELD, ) | |
| ) | |
| JACKSON, JR., CLAUDE W., ) | |
| ) | |
| PATTERSON, KEITH ) | |
| ) | |
| ) | |
| DEFENDANTS ) | |

MOTION FOR DEFAULT JUDGMENT

   COMES NOW the Plaintiff, by undersigned counsel, and hereby moves this Honorable Court for the Entry of Default Judgment against Defendant Keith Patterson and in support thereof states as follows:

1.  On February 6, 2008, Plaintiff filed his Complaint in this case seeking damages against Defendant Keith Patterson in the sum of $120,000.00.

2.  On February 27, 2008, Defendant Keith Patterson was personally served by private process server with the Summons and Complaint in this case.

3.  Defendant Patterson was required to have responded to this action on or before March 18, 2008 or otherwise face the entry of default.

4.  As of the date of this filing, Defendant Patterson HAS NOT responded to this action, entered any appearance in this action and/or filed any pleading in this action.

5.  Plaintiff has filed with this Court the required proof of service, attorney affidavit and military affidavit.

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court enter a Default Judgment against Defendant Keith Patterson for the sum of $120,000.00 together with costs and attorneys fees totaling $10,000.00.

                                                Respectfully submitted,

                                                /s/ James H. Falk, Jr.

                                                James H. Falk, Jr.  (D.C. Bar No. 417846)
                                                Urban & Falk, PLLC
                                                2867 S. Abingdon Street
                                                Arlington, VA   22206

                                                (703) 928-1600
                                                sportlaw@hotmail.com

                                                Counsel for Plaintiff

DATED:   March 27, 2008

CERTIFICATE OF SERVICE

I, James H. Falk, Jr. hereby certify under penalty of perjury that a true and correct copy of the foregoing Plaintiff's Motion for Default Judgment was served upon Defendant Keith Patterson by first class United States mail, postage prepaid, this 27th  day of March, 2008.

/s/    James H. Falk, Jr.