AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LUESSENHOP, C.

V.

WILLIS, WINFIELD  et. al.

**SUMMONS IN A CIVIL CASE**

CA

Case: 1:08-cv-00209
Assigned To : Huvelle, Ellen S.
Assign. Date : 2/6/2008
Description: General Civil

TO: (Name and address of Defendant)

MR. CLAUDE W. JACKSON, JR.
313 V STREET,  N.E.
WASHINGTON, D.C.  20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES H. FALK, JR.,  ESQ.
URBAN & FALK, PLLC
2867 S. ABINGDON  STREET
ARLINGTON,  VA   22206

an answer to the complaint which is served on you with this summons, within _____TWENTY  (20)_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

FEB - 6 2008

DATE

DEFENDANT CLAUDE JACKSON        LUESSENHOPP v. WILLIS     C.A. NO.   08-209

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | SEE ATTACHED AFFIDAVIT OF SERVICE |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☐ Other (specify): _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                    *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES LUESSENHOP | * |
| Plaintiff | * |
| | * |
| | * |
| v. | * Case No. 1:08-CV-209 |
| | * |
| WINFIELD WILLIS, ET AL. | * |
| Defendant | * |

## AFFIDAVIT OF PROCESS SERVER

Appeared before me this _25th_ day of _March 2008_, Jonathan V. Blankenship, a process server, and stated as follows.

    1.   I am a private process server retained to serve process in regards to the above captioned matter.

    2.   I am over the age of eighteen years and am of sound mind and body.

    3.   I have no interest in the outcome of this suit, either personal, financial, or otherwise.

    4.   On March 22, 2008, at approximately 12:37 PM, I mailed via Certified Mail, Return Receipt (US Mail) a true copy of the following:

***Summons in a Civil Case, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint***

to Claude W. Jackson, Jr. at his business address located at the US Census Bureau, 4600 Silver Hill Road, Room 4-T2-4B, Suitland, MD 20746.

**Jonathan V. Blankenship**
Process Server,
Priority Legal Services
P.O. Box 361
Fairfax, VA 22038
(703) 421-5400

Commonwealth of Virginia:
County of Fairfax:

Sworn to and subscribed before me this ___25th___ day of _March 2008_

Notary Public

My Commission Expires: ___5/31/2011___

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CHARLES LUESSENHOP

    Plaintiff

    v.

                          Case No. 1:08-CV-209

WINFIELD WILLIS, ET AL.

    Defendant

## **AFFIDAVIT OF PROCESS SERVER**

Appeared before me this _25ᵗʰ_ day of _March 2008_, Jonathan V. Blankenship, a process server, and stated as follows.

    1.    I am a private process server retained to serve process in regards to the above captioned matter.

    2.    I am over the age of eighteen years and am of sound mind and body.

    3.    I have no interest in the outcome of this suit, either personal, financial, or otherwise.

    4.    On March 22, 2008, I appeared at the home of Claude W. Jackson, Jr. located at 313 V Street, N.E., Washington, DC and finding no one at home, served a true copy of the following:

***Summons in a Civil Case, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint***

on Claude W. Jackson, Jr. by posting on the front door of the above address. Service was effected on said date at approximately 01:34 PM.

Priority Legal Services: 1 of 2 Pages

Jonathan V. Blankenship

Process Server,
Priority Legal Services
P.O. Box 361
Fairfax, VA 22038
(703) 421-5400


Commonwealth of Virginia:
County of Fairfax:


Sworn to and subscribed before me this ___25th___ day of _March 2008_

Notary Public


My Commission Expires: ___5/31/2011_____