IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUESSENHOP, CHARLES ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | C.A. NO.:  08-209  (ESH) |
| ) | |
| ) | <u>Defendant Claude W. Jackson, Jr.</u> |
| WILLIS, WINFIELD, ) | |
| ) | |
| JACKSON, JR., CLAUDE W., ) | |
| ) | |
| PATTERSON, KEITH ) | |
| ) | |
| DEFENDANTS. ) | |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

COMES NOW the Plaintiff, by undersigned counsel, and hereby moves this Honorable Court for the Entry of Default Judgment against Defendant Claude W. Jackson, Jr. and in support thereof states as follows:

1. On February 6, 2008, Plaintiff filed his Complaint in this case seeking damages against Defendant Claude W. Jackson, Jr. in the sum of $120,000.00.

2. On March 22, 2008, Defendant Claude W. Jackson, Jr. was served by private process server with the Summons and Complaint in this case.

3. Defendant Jackson was required to have responded to this action on or before April 14, 2008 or otherwise face the entry of default.

4.  As of the date of this filing, Defendant Jackson HAS NOT responded to this action, entered any appearance in this action and/or filed any pleading in this action.

5.  Plaintiff has filed with this Court the required proof of service, attorney affidavit and military affidavit.

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court enter a Default Judgment against Defendant Claude W. Jackson, Jr. for the sum of $120,000.00 together with costs and attorneys fees totaling $10,000.00.

                Respectfully submitted,

                /s/ James H. Falk, Jr.

                James H. Falk, Jr.  (D.C. Bar No. 417846)
                Urban & Falk, PLLC
                2867 S. Abingdon Street
                Arlington, VA   22206

                (703) 928-1600
                sportlaw@hotmail.com

                Counsel for Plaintiff

DATED:   April 15, 2008

CERTIFICATE OF SERVICE

I, James H. Falk, Jr. hereby certify under penalty of perjury that a true and correct copy of the foregoing Plaintiff's Motion for Default Judgment was served upon Defendant Claude W. Jackson, Jr. by first class United States mail, postage prepaid, this 15th day of April, 2008.

/s/    James H. Falk, Jr.