Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHARLES LUESSENHOP

    Plaintiff(s)

    V.

WILLIS et al

    Defendant(s)

Civil Action No. 08-cv-00209-ESH

RE: CLAUDE W. JACKSON, JR.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 22, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 16th day of April, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
    Deputy Clerk