IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Lussenhop, Charles<br>3107 White Daisy Place<br>Fairfax, VA 22031 | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:08-cv-00209 |
| | * | |
| Willis, Winfield | * | |
| | * | |
| Jackson, JR., Claude W. | * | |
| | * | |
| Patterson, Keith<br>5740 Industry Lane<br>Frederick, MD 21704 | * | |
| | * | |

************************************************************************

## Answer to Complaint

Now comes the Defendant, Keith Patterson, pro se, to Answer the assertions and allegations of the Plaintiff's Complaint. In pursuit thereof, the Defendant states his Answer addressing the paragraphs of the Complaint below.

I.  General Denial

The Defendant Keith Patterson rigorously denies in general the assertions of petitioner's Complaint alleging Fraud, Conversion, Unjust Enrichment, and other improper acts. The Defendant compiled a real estate appraisal on the subject properties at the request of the department of Housing and Urban Development, and the appraisal was completed in accordance with all

1

applicable standards, in a good workmanlike manner using the appropriate information available to Defendant at the time.

II.   Specific

The Defendant, in Answer to the specific clauses of the Plaintiff's Complaint, avers as follows.

1. Defendant has no personal knowledge
2. Defendant denies. Plaintiff pled guilty to fraud due to his acts and omissions.
3. Paragraph contains information to which no responsive pleading is required.
4. Paragraph contains information to which no responsive pleading is required.
5. Paragraph contains information to which no responsive pleading is required.
6. Paragraph contains information to which no responsive pleading is required.
7. Paragraph contains information to which no responsive pleading is required.
8. Paragraph contains information to which no responsive pleading is required.
9. Intentionally Omitted… Not in documents served
10. Intentionally Omitted… Not in documents served
11. Paragraph contains information to which no responsive pleading is required.
12. Defendant has no personal knowledge
13. Defendant has no personal knowledge
14. Defendant has no personal knowledge
15. The defendant does not recall the appraisal.
16. Defendant has no personal knowledge
17. Defendant has no personal knowledge
18. Defendant has no personal knowledge
19. The defendant does not recall the appraisal.
20. Defendant has no personal knowledge
21. Paragraph contains information to which no responsive pleading is required.
22. Paragraph contains information to which no responsive pleading is required.
23. Paragraph contains information to which no responsive pleading is required.
24. Paragraph contains information to which no responsive pleading is required.
25. Paragraph contains information to which no responsive pleading is required.

26. Defendant has no personal knowledge
27. Defendant has no personal knowledge
28. Defendant denies. The defendant had the necessary educational and experience hours to perform real property appraisals.
29. Defendant denies. Defendant did not receive any compensation for services rendered.
30. Defendant denies. Defendant did not receive any compensation for services rendered.
31. Defendant has no personal knowledge
32. Defendant denies. Defendant did not receive any compensation for services rendered, therefore fraud and conversion because of the assertion of funds received is untrue and illogical.
33. Paragraph contains information to which no responsive pleading is required.
34. Defendant denies. Defendant was not involved in any sales transactions.
35. Defendant denies. Defendant was not involved in any sales transactions.
36. Defendant denies. Defendant abides by the Uniform Standard of Professional Appraisal Practice (USPAP), which states "____ accepting payment upon value". Further, the Defendant was not involved in any sales transactions. The Defendant testified against the Plaintiff in a federal trial on February 26, 2006.
37. Defendant denies.
38. Paragraph contains information to which no responsive pleading is required.
39. Defendant denies. Defendant was not involved in any sales transaction.
40. Paragraph contains information to which no responsive pleading is required.
41. Defendant denies. Defendant was not involved in any sales transaction.
42. Defendant denies. Defendant was not involved in any sales transaction and was not obligated to know such information.
43. Defendant denies. Defendant was not involved in any sales transaction.
44. Paragraph contains information to which no responsive pleading is required.
45. Defendant denies. Defendant was not involved in any sales transaction and viewing any accounting of the Defendants financials is unnecessary.
46. Defendant has not engaged in any activities that warrant any court actions.

3

    III.    Defendant Keith Patterson further asserts the following Affirmative Defenses.

        A. Fraud
        B. Collateral estoppel.
        C. Illegality.
        D. Statue of Frauds
        E. Statue of Limitations
        F. Waiver

    IV.    The Defendant further Answers that Petitioner's Complaint Fails to State a Claim upon which Relief Can Be Granted.

    V.    In closing, the Defendant asserts lack of contractual privitiy and obligation, as a defense to the claims made by Petitioners Complaint.

Respectfully submitted this __2__ day of April, 2008

*/s/ Keith Patterson*
Keith Patterson
5740 Industry Lane
Frederick, Maryland 21704


Affidavit: I do hereby, under penalties of perjury, that the contents of the foregoing Answer are true and correct, to the best of my knowledge, information, and belief.

*/s/ Keith Patterson*
Keith Patterson
5740 Industry Lane
Frederick, Maryland 21704

4

## Certificate of Service

I do hereby certify that on this 2nd day of April, 2008, a copy of the foregoing Answer was mailed, postage prepaid, unto:

James H. Falk, Jr, , Esq.
Urban & Falk, PLLC
2867 S. Abingdon Street
Arlington, VA 22206

_____
Keith Patterson