IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUESSENHOP ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| ) | |
| VS. ) | C.A. NO.:   08-209  (ESH) |
| ) | |
| ) | <u>Defendant Claude W. Jackson, Jr.</u> |
| WILLIS, et. al. ) | |
| ) | |
| DEFENDANTS. ) | |

**REQUEST FOR ENTRY OF A SUM CERTAIN ON
ON A DEFAULT JUDGMENT AGAINST DEFENDANT JACKSON**

   COMES NOW the Plaintiff, by undersigned counsel, and hereby moves this Honorable Court for the Entry of a Sum Certain on a Default Judgment against Defendant Claude W. Jackson, Jr. and in support thereof states as follows:

1.   On February 6, 2008, Plaintiff filed his Complaint in this case seeking damages against Defendant Claude W. Jackson, Jr. in the sum of $120,000.00.  <u>See</u> Attorney Declaration, Par. 1 attached hereto as Exhibit 1.

2.   On March 22, 2008, Defendant Claude W. Jackson, Jr. was served by private process server with the Summons and Complaint in this case.  <u>Id.</u> at Par. 2.

3.   Defendant Jackson was required to have responded to this action on or before April 14, 2008 or otherwise face the entry of default.  <u>Id.</u> at Par. 3.

4. As of the date of this filing, Defendant Jackson HAS NOT responded to this action, entered any appearance in this action and/or filed any pleading in this action.

5. Plaintiff has filed with this Court the required proof of service, attorney affidavit and military affidavit. Id. at Par. 5

6. On April 16, 2008, the Clerk of this Court entered a Default against Defendant Jackson. See Docket Record, Docket Entry 15.

7. Attached hereto is a Declaration by Plaintiffs Counsel and an Affidavit by the Plaintiff detailing the claims asserted against Defendant Jackson and the damage claims against Defendant Jackson. See Exhibits 1 and 2 attached hereto.

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court enter a Sum Certain on the Default Judgment against Defendant Claude W. Jackson, Jr. for the sum of $120,000.00 together with costs and attorneys fees totaling $10,000.00.

        Respectfully submitted,

        /s/ James H. Falk, Jr.

        James H. Falk, Jr.  (D.C. Bar No. 417846)
        Urban & Falk, PLLC
        2867 S. Abingdon Street
        Arlington, VA   22206

        (703) 928-1600
        sportlaw@hotmail.com

        Counsel for Plaintiff

DATED:   June 4, 2008

CERTIFICATE OF SERVICE

    I, James H. Falk, Jr. hereby certify under penalty of perjury that a true and correct copy of the foregoing Plaintiff's Motion for Default Judgment was served upon Defendant Claude W. Jackson, Jr. by first class United States mail, postage prepaid, this 5th day of June, 2008.


                                                            /s/    James H. Falk, Jr.

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LUESSENHOP | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | C.A. NO.:  08-209  (ESH) |
| | ) | Defendant Claude W. Jackson, Jr. |
| WILLIS, et. al. | ) | |
| DEFENDANTS. | ) | |

**ATTORNEY DECLARATION IN SUPPORT OF ENTRY OF
A SUM CERTAIN ON A DEFAULT JUDGMENT AGAINST
DEFENDANT JACKSON**

JAMES H. FALK, JR., pursuant to 28 U.S.C. Sec. 1746, declares under penalty of perjury as follows:

1.  On February 6, 2008, Plaintiff filed his Complaint in this case seeking damages against Defendant Claude W. Jackson, Jr. in the sum of $120,000.00.  See Court Docket Sheet, docket entry no. 1.

2.  The complaint in this case asserts various claims against Defendant Jackson including fraud, conversion and unjust enrichment.

3.  On March 22, 2008, Defendant Claude W. Jackson, Jr. was served by private process server with the Summons and Complaint in this case.  Id. at docket entry no. 12

4.  Defendant Jackson was required to have responded to this action on or before April 14, 2008 or otherwise face the entry of default. Id. at docket entry no. 12.

5.  As of the date of this filing, Defendant Jackson HAS NOT responded to this action, entered any appearance in this action and/or filed any pleading in this action.

6.  Plaintiff has filed with this Court the required proof of service, attorney affidavit and military affidavit. Id. at docket entry no.'s 13 and 14.

7.  On April 16, 2008, the Clerk of this Court entered a Default against Defendant Jackson. Id. at docket entry 15.
.

Based on the foregoing, Plaintiff respectfully requests that this Honorable Court enter a Sum Certain on a Default Judgment against Defendant Claude W. Jackson, Jr. for the sum of $120,000.00 together with costs and attorneys fees totaling $10,000.00.

                Respectfully submitted,

                /s/ James H. Falk, Jr.

                James H. Falk, Jr.  (D.C. Bar No. 417846)
                Urban & Falk, PLLC
                2867 S. Abingdon Street
                Arlington, VA   22206

                (703) 928-1600
                sportlaw@hotmail.com

                Counsel for Plaintiff

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LUESSENHOP | ) | |
| | ) | |
|     PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | C.A. NO.:   08-209  (ESH) |
| | ) | |
| | ) | <u>Defendant Claude W. Jackson, Jr.</u> |
| WILLIS, et. al. | ) | |
| | ) | |
|     DEFENDANTS. | ) | |

**PLAINTIFFS AFFIDAVIT IN SUPPORT OF ENTRY OF A SUM CERTAIN
ON A DEFAULT JUDGMENT AGAINST DEFENDANT CLAUDE JACKSON**

CHARLES LUESSENHOP, pursuant to 28 U.S.C. Sec. 1746, declares under penalty of perjury as follows:

1. I am the Plaintiff in this action. I submit this affidavit in support of my application for entry of sum certain on a default judgment against Defendant Claude Jackson.

2. I have reviewed the allegations in the complaint and I certify that these allegations are true and accurate. I will not repeat all of the circumstances concerning my claims against Defendant Jackson in this affidavit.

3. In paragraphs 27 through 32, the complaint describes a series of events whereby I was deprived of the profits from the sale of the property at 815 K Street NE, Washington D.C. (the "K Street property") which totaled $ 120,000.00. See Exhibit A attached hereto. Specifically, Exhibit A is the closing document that evidences the distribution of $ 120,000.00 in profits from the sale of the property.

4. As part of this transaction, Defendant Jackson served as the buyer from HUD and then immediately thereafter the seller to a third party and utilized Mid-Atlantic Settlement Services and Michael Perry to close the transaction.

5. I have to date not received any of the profits that totaled $ 120,000.00 and first learned of their existence in a separate hearing held on February 27, 2006. This action was then timely initiated.

6. To date, I have incurred $ 10,000.00 in attorney's fees and the filing fees totaling $ 350.00  See Exhibits B and C.

7. I am not seeking any pre-judgment interest costs.

8. In summary, my calculation of damages for the actions of Defendant Jackson is as follows:

    $ 120,000.00 (principal)
    $ 10,000.00 (attorneys fees)
    $ 350.00 (costs)

9. In conclusion, I respectfully request that the Court enter a final judgment against Defendant Jackson in my favor in the amount of $ 130,350.00.

_____
Charles Luessenhop

Sworn to before me this
9th day of June, 2008.

GLORIA B. BENITEZ
NOTARY PUBLIC
REGISTRATION # 349024
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEBRUARY 29, 2012

_____
Notary Public

EXHIBIT A

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

| B. Type of Loan | | | |
|---|---|---|---|
| 1. FHA | 2. FmHA | 3. X Conv. Unins. | 6. File Number: 00PG190 |
| 4. VA | 5. Conv. Ins. | | 7. Loan Number: 0019177849 |
| | | | 8. Mortgage Insurance Case Number |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (P.O.C.) were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Jerome Brown | Claude W. Jackson | Crossland Mortgage Corp. |
| 815 K Street, N.E. | 815 K Street, N.E. | 7926 Jones Branch Drive, Suite 790 |
| Washington, DC 20002 | Washington, DC 20002 | McLean, VA 22102 |

| G. Property Location | H. Settlement Agent: MID-ATLANTIC SETTLEMENT SERVICES, INC. | |
|---|---|---|
| 815 K Street, N.E. | Place of Settlement: 9344 LANHAM-SEVERN ROAD, SUITE 6, LANHAM, MARYLAND 20706 | I. Settlement Date: 07/28/00 |
| Washington, DC 20002 | | |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | 179,950.00 | 401. Contract sales price | 179,950.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 13,808.55 | 403. | |
| 104. Credit | 4,294.00 | 404. | |
| 105. Credit | 4,868.00 | 405. Credit | 4,868.00 |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes 07/28 to 09/30 | 162.11 | 406. City/town taxes 07/28 to 09/30 | 162.11 |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 203,080.66 | 420. GROSS AMOUNT DUE TO SELLER | 184,980.11 |
| 200. Amounts Paid By or In Behalf of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | 6,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 178,477.00 | 502. Settlement charges to seller (line 1400) | 4,618.35 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Home Warranty | 590.00 |
| 207. | | 507. Diversified Financial Svcs. | 16,000.00 |
| 208. | | 508. John Austin | 26,058.34 |
| 209. | | 509. Mid Atlantic Settlement Svcs. | 120,000.00 |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes to | | 511. County taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. Your Contractor Inc. | 5,781.71 |
| 214. | | 514. Attorney Sharon Walker | 1,000.00 |
| 215. | | 515. Attorney Michael Perry | 10,443.71 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 184,477.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 184,492.11 |
| 300. Cash At Settlement From or To Borrower | | 600. Cash At Settlement To or From Seller | |
| 301. Gross amount due from borrower (line 120) | 203,080.66 | 601. Gross amount due to seller (line 420) | 184,980.11 |
| 302. Less amounts paid by/for borrower (line 220) | 184,477.00 | 602. Less reductions in amount due seller (line 520) | 184,492.11 |
| 303. CASH FROM BORROWER | 18,603.66 | 603. CASH TO SELLER | 488.00 |

THE EVENT A PRORATION OF THE TAXES IS NECESSARY WHEN THE TAX BILLS FOR THIS AREA ARE PREPARED, THE PARTIES AGREE TO HANDLE SAID RE-PRORATION BETWEEN THEMSELVES.

Buyer/Borrower _____    Seller  Claude W. Jackson

Buyer/Borrower _____    Seller _____

EXHIBIT B

**OlympiaWest**

1950 Old Gallows Road, Ste 15
Vienna, VA 22182
703 714 7499
703 714 9162
703 608 1079

CHARLES LUESSENHOP   cl@olympiawest.com

---

CHARLES LUESSENHOP
3107 WHITE DAISY PLACE
FAIRFAX, VA 22031

1086
68-547/514
BRANCH 27015

Date: Jan. 9, 2008

Pay to the Order of: JHF Inc./Urban & Falk    $10,000.00

Ten Thousand                             00/100    Dollars

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

For: Re: Fed G. Winter's

Charles Luessenhop

⑆051400549⑆  ⑈00038286874⑈ 1086

EXHIBIT C

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616010030
Cashier ID: lwebb
Transaction Date: 02/06/2008
Payer Name: URBAN AND FALK
-----------------------------
CIVIL FILING FEE
 For: URBAN AND FALK
 Amount:       $350.00
-----------------------------
CHECK
 Check/Money Order Num: 1036
 Amt Tendered: $350.00
-----------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

08-0209

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```