UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHARLES LUESSENHOP, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-209 (ESH) |
| WINFIELD WILLIS *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Plaintiff has moved the Court to reconsider its dismissal with prejudice of plaintiff's claim against defendant Claude W. Jackson. Having considered plaintiff's motion, the Court has determined that plaintiff's claims against Jackson may not be barred by the statute of limitations. However, it is unclear from the motion or from plaintiff's complaint, how any actions by Jackson caused any injury to plaintiff, particularly given that plaintiff is collaterally estopped from arguing that Jackson conspired with defendants Willis and Patternson to commit fraud in preparing the appraisals of the properties on K and G Streets. *See Luessenhop*, Mem. Op., Mar. 28, 2006, at 17 (finding a "lack of evidence of fraudulent conduct" with respect to the "resale prices of the K Street and G Street properties"), *aff'd*, *U.S. v. Luessenhop*, No. 06-6760, 2007 WL 4462461, at *14-15 (4th Cir. Dec. 19, 2007).

Plaintiff is therefore **ORDERED**, on or before July 15, 2008, to show cause how Jackson's actions resulted in damages to him of $120,000, and to explain what proof he intends to put forth to prove his claim that Jackson caused him to pay $120,000 in additional restitution.

**SO ORDERED**.

                                                                  /s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

Date: July 1, 2008